ANTHONY NICASTRO, Administrator, etc., of PHILIP NICASTRO, Deceased, Respondent, v. MICHAEL H. COLLINS, etc., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

MARGARET O'KEEFE, Appellant, v. WILLIAM C. KRAPF, Respondent.— Order setting aside verdict, and judgment entered thereon, reversed upon the law and the facts, and verdict and judgment reinstated, with costs to appellant, upon the ground that the carpet was the property of defendant, and that it was furnished by him and repaired by him. The only part of the premises rented to plaintiff was the apartment on the floor above, and she was under no obligation to keep the carpet in repair. That obligation was assumed by defendant. Jaycox, Young and Kapper, JJ., concur; Kelly, P. J., and Manning, J., dissent.

OWNERS HOLDING CORPORATION, Appellant, v. JACOB P. KISSLING, LOUIS A. KISSLING and NATHAN S. GOLDSTEIN, Respondents.— Order of the Appellate Term reversing order of the Municipal Court and granting motion to dismiss complaint, affirmed, with costs. No opinion. Manning, Young, Kapper and Lazansky, JJ., concur; Kelly, P. J., dissents.

THE PEOPLES TRUST COMPANY, Respondent, v. SCHULTZ NOVELTY & SPORTING GOODS CO., INC., Appellant.— Order granting amendment upon condition of payment of $150 costs by defendant affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN WEEKS, Appellant.— Judgment of conviction of the Court of Special Sessions unanimously affirmed. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

EDWARD C. QUIGG and ELIZA C. QUIGG, Appellants, v. GEORGE K. TREADWAY, NANCE MORGAN GROTECLOSS, ROSE QUINLAN and MAUDE A. QUINLAN, Respondents.— Order vacating decision and judgment, and allowing defendants to adduce testimony in support of their defense, modified so as to permit both parties to introduce such proof upon the rehearing as they may be advised. As so modified, order affirmed, without costs. We are of opinion that the making of the order rested in the sound discretion of the trial court. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

ROSE REEP, Respondent, v. PAUL STERN and ROSE STERN, Appellants. ELIZABETH LYE, Respondent.— It appearing from the record before this court that Elizabeth Lye, defendant, respondent, had paid on account of the purchase price of the property in dispute the sum of $4,000, and the judgment appealed from having failed to make provision to protect her interest in such payment, the judgment is modified by providing that should Rose Reep accept the provisions of the contract by taking title alone, she, as a condition thereof, shall pay $4,000 to Elizabeth Lye, failing which Elizabeth Lye shall have a lien upon the property for that amount. As so modified the judgment is affirmed, without costs. Findings contrary to this decision are reversed. New findings will be made in accordance herewith. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ. Settle order on notice.